GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>          Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>          Defendants. | CASE NO.: 2:19-cv-00439-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

The parties, by and through their counsel of record, hereby stipulate and agree that Defendants' time to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 5) shall be extended up to and including **May 15, 2019**. This is the first request for an extension of this deadline. It is sought in good faith and not made for the purposes of delay but to allow counsel sufficient time to determine whether the proper entities are included as defendants or whether dismissal is appropriate of one of them. The extension is also sought based on excusable neglect in that defendants provided undersigned defense counsel with the date they believed they were served, April 10, 2019, based on communications from their registered agent, which would make the response deadline May 1, 2019, but defense counsel learned today that the service date

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

was April 5, 2019, which made the response date April 26, 2019.

Dated this 29th day of April, 2019.

GARG GOLDEN LAW FIRM

By /s/ Anthony B. Golden
ANTHONY B. GOLDEN, ESQ.
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
(702) 850-0202

*Counsel for Defendants*

Dated this 29th day of April, 2019.

LAW OFFICES OF ROBERT P. SPRETNAK

By /s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 454-4900

*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: April 30, 2019