GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
PUNEET K. GARG, ESQ.
Nevada Bar No. 9811
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO.: 2:19-cv-00439-JCM-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

The parties, by and through their counsel of record, hereby stipulate and agree to the Early Neutral Evaluation ("ENE") Session set for July 1, 2019 at 10:00 a.m. pursuant to the Court's April 30, 2019 Order (ECF No. 9). The parties request that the ENE Session be continued to one of the following proposed dates if available with the Court: July 16, 2019, August 6, 7, 15, 20, or 22, 2019. If none of those dates are available, the parties request that the ENE Session be continued to a date after August 30, 2019.

This stipulation is not made for the purposes of delay. Counsel for Defendants and the principal physician with authority for Defendants, who would be attending the ENE Session, both

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

have pre-scheduled travel during the first two weeks of July 2019.

Dated this 3rd day of June, 2019.                    Dated this 3rd day of June, 2019.

GARG GOLDEN LAW FIRM                                  LAW OFFICES OF ROBERT P. SPRETNAK


By  */s/ Anthony B. Golden*                           By  */s/ Robert P. Spretnak*
    ANTHONY B. GOLDEN, ESQ.                       ROBERT P. SPRETNAK, ESQ.
    3145 St. Rose Parkway, Suite 230              8275 S. Eastern Avenue, Suite 200
    Henderson, Nevada 89052                       Las Vegas, Nevada 89123
    (702) 850-0202                                (702) 454-4900

*Counsel for Defendants*                              *Counsel for Plaintiff*


## **ORDER**

IT IS SO ORDERED:

The Early Neutral Evaluation Session in this matter shall be continued to August 7, 2019, at 10:00 a.m. The parties' confidential written ENE statement shall be submitted no later than 4:00 p.m. on July 31, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2019