GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>　　　　　Defendants. | CASE NO.:　2:19-cv-00439-JCM-DJA<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND TIME TO FILE**<br>**DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

The parties to this action, by and through their undersigned counsel, stipulate and agree to extend the deadline to file dispositive motions from February 12, 2020 to March 13, 2020. This is the first request for an extension of time for this deadline, and the request is not made for the purpose of delay. The parties submit that good cause appears for this extension, as the parties are resolving a potential discovery dispute, wish to finalize discovery, and allow for ample time to prepare dispositive motion briefing.

//

//

//

//

| | | |
|---|---|---|
| 1 | Dated this 31st day of January, 2020. | Dated this 31st day of January, 2020. |
| 2 | GARG GOLDEN LAW FIRM | LAW OFFICES OF ROBERT P. SPRETNAK |

By  */s/ Anthony B. Golden*
ANTHONY B. GOLDEN, ESQ.
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
(702) 850-0202

*Counsel for Defendants*

By  */s/ Robert P. Spretnak*
ROBERT P. SPRETNAK, ESQ.
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 454-4900

*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: February 3, 2020