LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Puneet K. Garg, Esq. (Bar No. 9811)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: pgarg@garggolden.com, agolden@garggolden.com, clee@garggolden.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG, <br><br> Plaintiff, <br><br> vs. <br><br> J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company, <br><br> Defendants. | Case No.: 2:19-cv-00439-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> **(Second Request)** |

Plaintiff DANNY EISENBERG and Defendants J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company, by and through their counsel of record, hereby STIPULATE AND AGREE to extend the deadline by one additional week, to **May 1, 2020**, for Plaintiff to file his response in opposition to Defendant's Motion for Summary Judgment (ECF No. 26). Defendant filed its motion on March 27, 2020. Pursuant to LR 7-2(b), the deadline for Plaintiff to file his opposition currently originally was set for April 17, 2020. By stipulation and order (ECF No. 30),

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

this deadline previously was extended by one week to April 24, 2020.

      There is good cause for entering into this stipulation for additional time. As previously stated, there is a large volume of material to review in the process of preparing the opposition. Moreover, given the current conditions, physical contact between Plaintiff's counsel and Plaintiff is limited at this time, which is further delaying the process.

DATED: 22 April 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
     Robert P. Spretnak, Esq.

Attorney for Plaintiffs

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 22 April 2020.

GARG GOLDEN LAW FIRM

By: /s/ Charles J. Lee
     Anthony B. Golden, Esq.
     Puneet K. Gerg, Esq.
     Charles J. Lee, Esq.

Attorneys for Defendants

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

IT IS SO ORDERED.

_____
THE HONORABLE JAMES C. MAHAN,
UNITED STATES DISTRICT COURT JUDGE

DATED: April 24, 2020