GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>          Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>          Defendants. | CASE NO.:   2:19-cv-00439-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The parties to this action, by and through their undersigned counsel, stipulate and agree to extend the deadline for Defendants to file their Reply in Support of Motion for Summary Judgment from May 15, 2020 to May 29, 2020. Defendants filed their Motion for Summary Judgment (ECF No. 26) on March 27, 2020, and Plaintiff filed his Opposition (ECF No. 33) on May 1, 2020. Pursuant to LR 7-2(b), the deadline for Defendants to file their Reply was originally set for May 15, 2020.

This is the first request for an extension of time for this deadline, and the request is not made for the purpose of delay. The parties submit that good cause appears for this brief extension, as there is a large volume of new material to review to prepare the Reply, and the parties are engaging in a discussion to potentially have one of the named defendants dismissed from the

action. The parties respectfully request sufficient time to complete briefing for the Court, as well as potentially resolve the identified issue with the parties.

Dated this 14th day of May, 2020.

GARG GOLDEN LAW FIRM

By  /s/ Anthony B. Golden
    ANTHONY B. GOLDEN, ESQ.
    3145 St. Rose Parkway, Suite 230
    Henderson, Nevada 89052
    (702) 850-0202

*Counsel for Defendants*

Dated this 14th day of May, 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By  /s/ Robert P. Spretnak
    ROBERT P. SPRETNAK, ESQ.
    8275 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
    (702) 454-4900

*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 15, 2020

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 2