LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Puneet K. Garg, Esq. (Bar No. 9811)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com, pgarg@garggolden.com, clee@garggolden.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00439-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

Plaintiff DANNY EISENBERG and Defendants J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company, by and through their counsel of record, do hereby stipulate and agree that the deadline for filing the Joint Pretrial Order in this matter be extended by 30 days until **September 28, 2020.** Pursuant to the terms of the Stipulated Discovery Plan and Scheduling Order (ECF No. 16), and the Stipulation and Order to Extend Discovery (CF No. 21), "In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

days after decision on the dispositive motions or until further order of the court." As Defendant filed a motion for summary judgment (ECF No. 26), and as this Court entered its Order (ECF No. 37) denying that motion on July 27, 2020, the deadline for filing the Joint Pretrial Order was then set for **August 26, 2020**.

There is good cause for entering into this extension. There is an extensive amount of material exchanged in discovery that must be reviewed in preparation for the Joint Pretrial Order. Contact with clients and opposing counsel has been adversely affected by the COVID-related workplace shutdowns. The parties have had some settlement negotiations during the 30-day time period. Finally, counsel for Plaintiff has been in preparation for a hearing before the Employee Management Relations Board this week.

For these reasons, a brief 30-day extension is being requested.

DATED: 24 August 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiffs

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 24 August 2020.

GARG GOLDEN LAW FIRM

By: /s/ Anthony B. Golden
    Anthony B. Golden, Esq.
    Puneet K. Gerg, Esq.
    Charles J. Lee, Esq.

Attorneys for Defendants

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: August 31, 2020

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123