LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Puneet K. Garg, Esq. (Bar No. 9811)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com, pgarg@garggolden.com, clee@garggolden.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANNY EISENBERG,

    Plaintiff,

vs.

J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,

    Defendants.

Case No.: 2:19-cv-00439-JCM-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

**(Second Request)**

    Plaintiff DANNY EISENBERG and Defendants J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company, by and through their counsel of record, do hereby stipulate and agree that the deadline for filing the Joint Pretrial Order in this matter be extended an additional two weeks until **October 13, 2020.** This is the second request for an extension of this deadline. The first requested extension, ECF No. 39, extended the deadline for filing the Joint Pretrial Order by one month, to September 28, 2020.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

There is good cause for entering into this extension. A draft Joint Pretrial Order has been exchanged and is in the process of being revised to the satisfaction of both sides. There is an extensive amount of material exchanged in discovery that each side has had to review in preparation for the Joint Pretrial Order. Contact with clients and opposing counsel has been adversely affected by the COVID-related workplace shutdowns. Finally, the parties have had some settlement negotiations since the court issued its Order (ECF No. 37) on the dispositive motion that Defendant filed following the conclusion of discovery.

For these reasons, an additional two week is being requested.

DATED: 28 September 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiffs

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: 28 September 2020.

GARG GOLDEN LAW FIRM

By: /s/ Anthony B. Golden
    Anthony B. Golden, Esq.
    Puneet K. Gerg, Esq.
    Charles J. Lee, Esq.

Attorneys for Defendants

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 29, 2020

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2