LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Puneet K. Garg, Esq. (Bar No. 9811)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com, pgarg@garggolden.com, clee@garggolden.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DANNY EISENBERG,

    Plaintiff,

vs.

J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,

    Defendants.

Case No.: 2:19-cv-00439-JCM-DJA

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

**(Third Request)**

Plaintiff DANNY EISENBERG and Defendants J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company, by and through their counsel of record, do hereby stipulate and agree that the deadline for filing the Joint Pretrial Order in this matter be extended an additional two days until **October 15, 2020.** This is third second request for an extension of this deadline. The first requested extension, ECF No. 39, extended the deadline for filing the Joint Pretrial Order by one month, to September 28, 2020. The second requested extension, ECF No. 41, extended this deadline

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

by an additional two weeks to October 13, 2020.

      There is good cause for entering into this extension. The parties have exchanged drafts of their respective submissions for the Joint Pretrial Order. The content needs to be integrated and put into final format. The objections to proposed exhibits needs to be finalized.

      For these reasons, an additional two days is being requested. This almost certainly will be the final request for an extension of this particular deadline.

DATED:  13 October 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
      Robert P. Spretnak, Esq.

Attorney for Plaintiffs

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED:  13 October 2020.

GARG GOLDEN LAW FIRM

By: /s/ Charles J. Lee
      Anthony B. Golden, Esq.
      Puneet K. Garg, Esq.
      Charles J. Lee, Esq.

Attorneys for Defendants

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

IT IS SO ORDERED.

_____
THE HONORABLE DANIEL J. ALBREGTS,
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2020