| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT P. SPRETNAK |
| 2 | Robert P. Spretnak, Esq. (Bar No. 5135)<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 |
| 3 | Telephone: (702) 454-4900<br>Fax: (702) 938-1055 |
| 4 | Email: bob@spretnak.com<br>Attorney for Plaintiff |

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Puneet K. Garg, Esq. (Bar No. 9811)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com, pgarg@garggolden.com, clee@garggolden.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>　　　　Defendants. | Case No.:  2:19-cv-00439-JCM-DJA<br><br>**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE** |

TO:     The Honorable JAMES C. MAHAN, United States District Court Judge

TO:     The Honorable DANIEL J. ALBREGTS, United States Magistrate Judge

　　　　Plaintiff DANNY EISENBERG and Defendants J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company, by and through their counsel of record, do hereby jointly request that this matter (a) be referred to United States Magistrate Judge Daniel J. Albregts for a settlement conference and (b) that a settlement conference then be scheduled in this matter.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1    On July 27, 2020, this Court entered an Order denying Defendant's Motion for Summary Judgment. (*See* ECF No. 37.)  On October 17, 2020, the parties filed their Joint Pretrial Order. (*See* ECF No. 46.)  The Court approved the Joint Pretrial Order and set the matter for trial on a stacked calendar commencing on July 7, 2021.

The parties are in agreement that this matter would be appropriate for a referral to the assigned United States Magistrate Judge for a pretrial settlement conference and, therefore, jointly request via this stipulation for the scheduling of a pretrial settlement conference in this matter.

| DATED:  1 March 2021. | DATED:  1 March 2021. |
|---|---|
| LAW OFFICES OF ROBERT P. SPRETNAK | GARG GOLDEN LAW FIRM |
| By: /s/ Robert P. Spretnak<br>     Robert P. Spretnak, Esq. | By: /s/ Charles J. Lee<br>     Anthony B. Golden, Esq.<br>     Puneet K. Garg, Esq.<br>     Charles J. Lee, Esq. |
| Attorney for Plaintiffs | |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | Attorneys for Defendants<br><br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052 |

**ORDER**

**IT IS SO ORDERED.**  The Court will enter a separate order setting the settlement conference.

DATED: March 3, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE