GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>    Defendants. | CASE NO.:    2:19-cv-00439-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS IN LIMINE**<br><br>**(FIRST REQUEST)** |

The parties to this action, by and through their undersigned counsel, stipulate and agree to extend the deadline to file motions in limine from June 11, 2021 to June 18, 2021. This is the first request for an extension of time for this deadline, and the request is not made for the purpose of delay. The parties submit that good cause appears for this extension, as the parties are working on

//
//
//
//
//
//

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

finalizing a resolution to this matter and do not wish to incur additional fees and costs during that process.

Dated this 11th day of June, 2021.

GARG GOLDEN LAW FIRM

By  /s/ Anthony B. Golden
   ANTHONY B. GOLDEN, ESQ.
   3145 St. Rose Parkway, Suite 230
   Henderson, Nevada 89052
   (702) 850-0202
   *Counsel for Defendants*

Dated this 11th day of June, 2021.

LAW OFFICES OF ROBERT P. SPRETNAK

By  /s/ Robert P. Spretnak
   ROBERT P. SPRETNAK, ESQ.
   8275 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
   (702) 454-4900
   *Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 11, 2021

GARG GOLDEN LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 2