# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANNY EISENBERG, | Case No. 2:19-CV-439 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| J. PAUL WIESNER & ASSOCIATES CHARTERED, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Eisenberg v. J. Paul Wiesner & Associates, Chartered et al.*, case number 2:19-cv-00439-JCM-EJY. The parties have telephonically informed the court of a settlement. Accordingly, trial in this matter currently set for July 26, 2021 is hereby VACATED. The parties are ordered to file dismissal documents within 30 days of this order.

IT IS SO ORDERED.

DATED July 2, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**