GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
KEVIN E. HELM, ESQ.
Nevada Bar No. 3432
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: khelm@garggolden.com
Email: clee@garggolden.com
Email: abrookhyser@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO.:   2:19-cv-00439-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

The above-referenced parties, by and through their counsel of record, hereby stipulate to dismiss this action, with prejudice, with all parties to bear their own attorney fees and costs. Pursuant to an offer of judgment and further settlement agreement of the parties, Plaintiff may file with the Court his Notice of Acceptance of Offer of Judgment served on Defendants on June 8, 2021 but that the Court shall enter only a judgment of dismissal pursuant to this stipulation for

///

///

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

dismissal, with prejudice, and the parties' agreement.

Dated this 16th day of July, 2021.

GARG GOLDEN LAW FIRM

By: *(signed)*
ANTHONY B. GOLDEN, ESQ.
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
(702) 850-0202

*Counsel for Defendants*

Dated this 16th day of July, 2021.

LAW OFFICES OF ROBERT P. SPRETNAK

By: *(signed)*
ROBERT P. SPRETNAK, ESQ.
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 454-4900

*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

*(signed)* James C. Mahan
U.S. DISTRICT JUDGE

DATED: July 22, 2021

2 of 2

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202