GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
KEVIN E. HELM, ESQ.
Nevada Bar No. 3432
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: khelm@garggolden.com
Email: clee@garggolden.com
Email: abrookhyser@garggolden.com

Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANNY EISENBERG,<br><br>               Plaintiff,<br><br>vs.<br><br>J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Professional Corporation, doing business as RADIOLOGY ASSOCIATES OF NEVADA; and PUEBLO MEDICAL IMAGING, LLC, a Nevada limited liability company,<br><br>               Defendants. | CASE NO.:   2:19-cv-00439-JCM-DJA<br><br>**STIPULATION AND ORDER TO VACATE JUDGMENT AND ENTER DISMISSAL, WITH PREJUDICE** |

The above-referenced parties, by and through their counsel of record hereby stipulate to the following:

1.      On May 24, 2021, Defendants served an offer of judgment on Plaintiff, which included a condition that acceptance of the offer required a mutually agreeable settlement agreement and entry of dismissal of this case, with prejudice, rather than entry of judgment in the amount of the offer.

2.      On June 8, 2021, Plaintiff served on Defendants a Notice of Acceptance of Offer

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 3

of Judgment.

3. The parties then entered into a settlement agreement on July 2, 2021.

4. Pursuant to that settlement agreement, the parties agreed that Plaintiff could file with the Court his Notice of Acceptance of Offer of Judgment to allow the same to be within the Court's public record, but the parties would also enter into a stipulation and order for dismissal of this action, with prejudice, to be consistent with he condition in the offer of judgment and the parties' settlement agreement that this case be dismissed, with prejudice.

5. On July 16, 2021, Plaintiff filed with the Court his Notice of Acceptance of Offer of Judgment (ECF #65).

6. Also on July 16, 2021, Defendants, with approval from Plaintiff, filed a Stipulation and Order for Dismissal, With Prejudice, which explained that the Notice of Acceptance of Offer of Judgment should not result as a judgment entered against Defendants but that the Stipulation should control and requested that the Court enter dismissal of the case, with prejudice. (ECF #66).

7. On July19, 2021, the Court Clerk struck Plaintiff's Notice of Acceptance of Offer of Judgment as incorrectly filed and asked that Plaintiff refile the Notice under the proper category (ECF #67). The Clerk did not strike the Stipulation and Order for Dismissal with Prejudice.

8. On July 19, 2021, Plaintiff re-filed his Notice of Acceptance of Offer of Judgment (ECF #68). Because the Stipulation and Order for Dismissal had not been struck, the parties did not believe they needed to re-file that document.

9. On July 20, 2021, the Clerk entered judgment against Defendants based on the Notice of Acceptance of Offer of Judgment and contrary to the parties' Stipulation for Dismissal.

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 3

10. To correct the mistake, likely caused by the way in which the parties went about the Notice of Acceptance of Offer of Judgment and the Stipulation for Dismissal, and to make this dismissal consistent with the agreement of the parties in their settlement agreement as to how the dismissal of this matter would be recorded in the Court record, the parties submit this Stipulation and          Order to vacate the judgment and enter dismissal of the action, with prejudice, with all parties to bear their own attorney fees and costs.

Dated this 21st day of July, 2021.                    Dated this 21st day of July, 2021.

GARG GOLDEN LAW FIRM                          LAW OFFICES OF ROBERT P. SPRETNAK

By  /s/ Anthony B. Golden                          By  /s/ Robert P. Spretnak
    ANTHONY B. GOLDEN, ESQ.                          ROBERT P. SPRETNAK, ESQ.
    Nevada Bar No. 9563                               8275 S. Eastern Avenue, Suite 200
    KEVIN E. HELM, ESQ.                               Las Vegas, Nevada 89123
    Nevada Bar No. 3432                               (702) 454-4900
    CHARLES J. LEE, ESQ.                              *Counsel for Plaintiff*
    Nevada Bar No. 13523
    AMANDA J. BROOKHYSER, ESQ.
    Nevada Bar No. 11526
    3145 St. Rose Parkway, Suite 230
    Henderson, Nevada 89052
    (702) 850-0202
    *Counsel for Defendants*

## ORDER

The Court has reviewed the parties' foregoing stipulation and the documents referenced therein. Good cause appearing, the judgment in this matter is vacated, and this matter is dismissed, with prejudice, with all parties to bear their own attorney fees and costs.

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE

DATED: _July 23, 2021_____

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

3 of 3